**Fill in this information to identify the case:**

Debtor 1: Marvie Wisniewski

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 19-26375

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 0 8 9 6

**Date of payment change:** Must be at least 21 days after date of this notice: 06/01/2020

**New total payment:** Principal, interest, and escrow, if any: $ 1,169.45

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 416.98       New escrow payment: $ 452.48

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

| Debtor 1 | Marvie Wisniewski | Case number (if known) 19-26375 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons          Date  5/4/2020
Signature

Print:  Molly Slutsky Simons                Title  Authorized Agent for Creditor
        First Name   Middle Name   Last Name

Company:  Sottile & Barile, LLC

Address:  394 Wards Corner Road, Suite 180
          Number        Street

          Loveland            OH      45140
          City               State    ZIP Code

Contact phone  513-444-4100                Email  bankruptcy@sottileandbarile.com

SN Servicing Corporation                                                    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   April 14, 2020

TED E WISNIEWSKI                                                                    Loan:
MARVIE M WISNIEWSKI
3001 S THROOP ST                                       Property Address:
CHICAGO IL  60608                                      3001 SOUTH THROOP STREET
                                                       CHICAGO, IL  60608

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Feb 2020 to May 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 716.97 | 716.97 |
| Escrow Payment: | 416.98 | 452.48 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,133.95 | $1,169.45 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 01, 2018 |
| Escrow Balance: | (7,951.13) |
| Anticipated Pmts to Escrow: | 11,675.44 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $3,724.31 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (7,177.98) |
| Feb 2020 | | 332.44 | | | * | | 0.00 | (6,845.54) |
| Feb 2020 | | | | 2,102.91 | * | County Tax | 0.00 | (8,948.45) |
| Mar 2020 | | 332.44 | | | * | | 0.00 | (8,616.01) |
| Mar 2020 | | 332.44 | | | * | | 0.00 | (8,283.57) |
| Apr 2020 | | 332.44 | | | * | | 0.00 | (7,951.13) |
| Apr 2020 | | (332.44) | | | * | | 0.00 | (8,283.57) |
| Apr 2020 | | 332.44 | | | * | | 0.00 | (7,951.13) |
| | | | | | | Anticipated Transactions | 0.00 | (7,951.13) |
| Apr 2020 | | 11,258.46 | | | | | | 3,307.33 |
| May 2020 | | 416.98 | | | | | | 3,724.31 |
| | $0.00 | $13,005.20 | $0.00 | $2,102.91 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation   Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: April 14, 2020

TED E WISNIEWSKI                                                                 Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 3,724.31 | 1,357.46 |
| Jun 2020 | 452.48 | | | 4,176.79 | 1,809.94 |
| Jul 2020 | 452.48 | | | 4,629.27 | 2,262.42 |
| Aug 2020 | 452.48 | 2,120.87 | County Tax | 2,960.88 | 594.03 |
| Sep 2020 | 452.48 | | | 3,413.36 | 1,046.51 |
| Oct 2020 | 452.48 | | | 3,865.84 | 1,498.99 |
| Nov 2020 | 452.48 | | | 4,318.32 | 1,951.47 |
| Dec 2020 | 452.48 | 1,206.00 | Homeowners Policy | 3,564.80 | 1,197.95 |
| Jan 2021 | 452.48 | | | 4,017.28 | 1,650.43 |
| Feb 2021 | 452.48 | | | 4,469.76 | 2,102.91 |
| Mar 2021 | 452.48 | 2,102.91 | County Tax | 2,819.33 | 452.48 |
| Apr 2021 | 452.48 | | | 3,271.81 | 904.96 |
| May 2021 | 452.48 | | | 3,724.29 | 1,357.44 |
| | $5,429.76 | $5,429.78 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 452.48. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 904.96 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,724.31. Your starting balance (escrow balance required) according to this analysis should be $1,357.46. This means you have a surplus of 2,366.85. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 5,429.78. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 452.48 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $452.48 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-26375 |
| Marvie Wisniewski | Chapter 13 |
| Debtor. | Hon. Judge Jacqueline P. Cox |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on May 4, 2020, before the hour of 5:00 p.m.

Brian P Deshur, Debtor's Counsel
brian@freydinlaw.com

David Freydin, Debtor's Counsel
david.freydin@freydinlaw.com

Tom Vaughn, Trustee
ecf@tvch13.net

Patrick S Layng, U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Marvie Wisniewski, Debtor
3001 S. Throop St.
Chicago, IL 60608

| | |
|---|---|
| Dated: May 4, 2020 | Respectfully Submitted, |
| | /s/ Molly Slutsky Simons |
| | Molly Slutsky Simons (OH 0083702) |
| | Sottile & Barile, Attorneys at Law |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |
| | Attorney for Creditor |